SAMUEL H. STARR, Respondent, v. HYMAN JACOBY, Doing Business under the Firm Name of H. JACOBY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present— Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Naturalization of BASIL ZAHEJEWICH, Respondent. JAMES A. DONEGAN, Individually and as Clerk of the County of New York, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JACQUES KIRSCH, Respondent, v. HERCULEAN PRODUCTS COMPANY, Appellant. —Appeal from judgment dismissed, without costs; order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

·MYRON W. ROBINSON, Respondent, v. NATHAN J. MILLER and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of MARGARET T. SCHLEY, Deceased.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JOHN BROSKO and Another v. UNITED STATES REALTY AND IMPROVEMENT CO., INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

PHILIP C. WADSWORTH, as Receiver, etc., v. FRANK VAN ANDEN, Impleaded, etc.— Motion denied. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

H. WEBER & SON, INC., v. WILLIAM W. SWEET and Another, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure record on appeal and appellants' points to be filed on or before May 29, 1923. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

M. T. STARK, INC., and Another v. MORRIS ALFRED VOGEL and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ANTOINETTE AMENDOLA v. RALPH AMENDOLA.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

WILLIAM E. D. STOKES v. HELEN ELWOOD STOKES.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

BENJAMIN KLINGER v. HERMAN RESSLER.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANDREW FANNING and Another.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell,· Finch and McAvoy, JJ.